# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GINA L. USELTON, § <br> § <br> v. § <br> § Civil Action No. 4:13-CV-551 <br> § (Judge Mazzant/Judge Nowak) <br> CAROLYN W. COLVIN, ACTING § <br> COMMISSIONER OF SOCIAL § <br> SECURITY. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2016, the report of the Magistrate Judge (Dkt. #33) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security ("Commissioner") be **REMANDED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Court hereby adopts the same as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the decision of the Commissioner is **REMANDED** for further review.

**IT IS SO ORDERED.**
SIGNED this 26th day of September, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE